# EXHIBIT 5

**Michael R. Scott**
Private Investigator
PO Box 852
Lake Orion, MI 48361

**Bill To:**
David A. Robinson, Esq.
28145 Greenfield Rd Suite 100
Southfield, MI 48076

# Invoice

Number: **2027**
Date: **May 19, 2010**

RE:

Bernadine Tuitt

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/19/10 | Field-Lathrup Village | 2.00 | 60.00 | 120.00 |
| 2/19/10 | Mileage | 55.00 | 0.60 | 33.00 |
| 3/6/10 | Field-Lathrup Village | 2.00 | 60.00 | 120.00 |
| 3/6/10 | Mileage | 62.00 | 0.60 | 37.20 |
| 4/21/10 | Field-Bloomfield Hills, Southfield | 6.00 | 60.00 | 360.00 |
| 4/21/10 | Mileage | 55.00 | 0.60 | 33.00 |
| 4/27/10 | Field-Oak Park | 2.50 | 60.00 | 150.00 |
| 4/27/10 | Mileage | 57.00 | 0.60 | 34.20 |
| 4/28/10 | Field-Carlos Tuitt subpoena | 3.00 | 60.00 | 180.00 |
| 4/28/10 | Mileage | 55.00 | 0.60 | 33.00 |
| 5/1/10 | field Troy, Ira Hill | 1.50 | 60.00 | 90.00 |
| 5/1/10 | Mileage | 32.00 | 0.60 | 19.20 |
| 5/3/10 | Field-Dearborn, Detroit, subpoena Gwen Wright Bloomfield | 5.75 | 60.00 | 345.00 |
| 5/2/10 | Mileage | 102.00 | 0.60 | 61.20 |

Total  $1,615.80

**PAID**
CK NO 6697  DATE 6-9-10

Thanks Dave