UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF JOHN C. FAHNER,
by Shirley Fahner, duly appointed
personal representative, of the Estate
Fahner,

Case Number: 2:08-cv-14344

Paul D. Borman
United States District Judge

     Plaintiff,

v.

COUNTY OF WAYNE, a corporate subunit
of Government, SHERIFF WARREN EVANS,
in his individual and official capacity,
UNDERSHERIFF, HAROLD CURETON, in his
individual and official capacity, CHIEF DIRECTOR
OF JAILS, JERIEL HEARD, in his individual and
official capacity, JAIL COMMANDER MALCOLM
D. THOMPSON, in his individual and official capacity,
SGT. MICHAEL LONG, 1661, in his individual and
official capacity, OFC. MEARS, 2685, in his individual
and official capacity, CPL. C. HALL, 1437, in his
individual and official capacity, OFC. BRIAN
GLATFELTER, 3525, in his individual and official
capacity, SEAN POLLARD a/k/a SHAWN JOHNSON,
DET. CLARA CARTER-STEELE, in her individual and
official capacity, NURSE BERNADINE TUITT, in her
individual and official capacity, LT. KEVIN SEMAK,
in his individual and official capacity, Jointly and Severally,

     Defendants.
_____/

## ORDER REQUIRING PROOF OF SERVICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On June 30, 2011, Plaintiff filed a Motion for Entry of Default Judgment. (Dkt. No. 179.)

The Motion is scheduled for hearing before this Court on July 28, 2011 at 3:00 p.m. The Motion

indicates that it was "served by ecf on all parties of interest in this case." (Dkt. No. 179, p. 5.) The

1

Certificate of Service does not indicate that the Motion was served on Defendant Bernadine Tuitt-Hill by the substitute method of service approved for service of the summons and complaint upon Ms. Tuitt-Hill designated by Magistrate Judge Majzoub in her July 28, 2010 Order Granting Plaintiff's Motion for Substituted Service. (Dkt. No. 156.)

The Court Orders that, in advance of the July 28, 2011 hearing, Plaintiff file with the Court proof of service on Ms. Tuitt-Hill of the instant Motion for Entry of Default Judgment by the same method of substituted service approved by Magistrate Judge Majzoub for service of the summons and complaint upon Ms. Tuitt-Hill in this matter.

IT IS SO ORDERED.

PAUL D. BORMAN
UNITED STATES DISTRICT COURT

Dated: 7-7-11